# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

MARK E. SPICER, JR.

NO. 2022 KW 0715

**AUGUST 29, 2022**

---

In Re:    Mark E. Spicer, Jr, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 3932-F-2019.

---

**BEFORE:   McDONALD, McCLENDON, AND HOLDRIDGE, JJ.**

**WRIT DENIED.**

JMM
PMC

**Holdridge, J.,** concurs. The defense may re-urge the motion for change of venue at trial if it becomes apparent that the district court cannot impanel a jury that appears to be impartial.

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
        FOR THE COURT